1 **JAMES M. CHAVEZ**
California State Bar No. 255766
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
james_chavez@fd.org

6 Attorneys for Mr. Leyva-Torres

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08mj2411 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| IVAN LEYVA-TORRES, | ) | |
| Defendant. | ) | |

      Pursuant to implementation of the CM/EMF procedures in the Southern District of California, James M. Chavez, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: August 7, 2008
    *s/ James M. Chavez*
Federal Defenders of San Diego, Inc.
*james_chavez@fd.org*

1  **JAMES M. CHAVEZ**
   California State Bar No. 255766
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   james_chavez@fd.org
5

6  Attorneys for Mr. Leyva-Torres

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,         )   Case No. 08mj2411
                                     )
12         Plaintiff,                )
                                     )
13 v.                                )   **PROOF OF SERVICE**
                                     )
14 **IVAN LEYVA-TORRES**,            )
                                     )
15         Defendant.                )
                                     )
16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best

18 of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this

19 day upon:

20     **United States Attorney**
       efile.dkt.gc1@usdoj.gov
21

22
                                            *s/ James M. Chavez*
23 Dated: August 7, 2008                    **JAMES M. CHAVEZ**
                                            Federal Defenders of San Diego, Inc.
24                                          Attorneys for Defendant
                                            james_chavez@fd.org
25

26

27

28